```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MANHATTAN GLOBAL INVESTMENTS LLC,                                      :
                                                                       :
                          Plaintiff,                                   :
                                                                       :           25 Civ. 3273 (JPC)
        -v-                                                            :
                                                                       :                ORDER
SYNERGISTIC MEDIA LLC, et al.,                                         :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 21, 2025, this case was removed from the Supreme Court of New York, New York County, and it was reassigned to the undersigned on May 6, 2025. While this action was pending in state court, Plaintiff Manhattan Global Investments LLC moved for preliminary relief. *See* Dkt. 1-2. The Honorable Gerald Lebovits denied Plaintiff's motion to the extent it sought *ex parte* immediate relief and set a briefing schedule of April 29, 2025 for Defendants' opposition and May 6, 2025 for any reply. *See* Dkt. 1-3. After removing this matter to federal court, Defendants Mariah Fox, NuCo LLC, and Synergistic Media LLC filed their opposition on April 29, 2025. *See* Dkts. 5-7. Defendant Phil Ostrowski filed a letter that same day joining the other Defendants' opposition. Dkt. 8. Plaintiff did not file a reply on the docket by Judge Lebovits's May 6, 2025 deadline.

Plaintiff shall file a copy of the Complaint on the docket by May 9, 2025. If Plaintiff wishes to respond to Defendants' opposition to its motion for a preliminary injunction, Plaintiff must file a reply by May 13, 2025. The parties shall appear before the undersigned for a hearing on Plaintiff's motion for a preliminary injunction on May 23, 2025, at 4:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New

York 10007. Defendants shall respond to the Complaint within twenty-one days following the Court's ruling on Plaintiff's motion for a preliminary injunction.

    SO ORDERED.

Dated: May 7, 2025
       New York, New York

                                        JOHN P. CRONAN
                                United States District Judge