UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MANHATTAN GLOBAL INVESTMENTS LLC,

                Plaintiff,

                                        25 Civ. 3273 (JPC)
      -v-

                                        ORDER
SYNERGISTIC MEDIA LLC, *et al.*,

                Defendants.
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Plaintiff's motion for a preliminary injunction, *see* Dkt. 1-2, is denied for the reasons stated on the record at the May 23, 2025 hearing.

        SO ORDERED.

Dated: May 27, 2025
       New York, New York

                                                            JOHN P. CRONAN
                                          United States District Judge