```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                     :
MANHATTAN GLOBAL INVESTMENTS LLC,                    :
                                                     :
                        Plaintiff,                   :
                                                     :
          -v-                                        :    25 Civ. 3273 (JPC)
                                                     :
SYNERGISTIC MEDIA LLC, et al.,                       :         ORDER
                                                     :
                        Defendants.                  :
                                                     :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 12, 2025, the Court granted a motion for Plaintiff's former counsel to withdraw from this action. Dkt. 15. In that Order, the Court cautioned Plaintiff that it may not proceed in federal court *pro se*, set a deadline of June 27, 2025 for Plaintiff to retain new counsel, and warned that the Court may dismiss this action for failure to prosecute if new counsel did not appear on Plaintiff's behalf by this deadline. *Id.*

On June 27, 2025, Mr. Anjum Malik, who purports to be the "founding managing member of" Plaintiff, filed a letter asking the Court to extend the deadline for Plaintiff to retain counsel by at least two months. *See* Dkt. 18. The Court will extend Plaintiff's deadline to retain new counsel to August 15, 2025. If counsel has not appeared on Plaintiff's behalf by August 15, 2025, the Court may dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Malik at the address contained in the submission at Docket Number 18.

SO ORDERED.

Dated: June 30, 2025
       New York, New York
                                            _____
                                                    JOHN P. CRONAN
                                              United States District Judge