```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
MANHATTAN GLOBAL INVESTMENTS LLC,                   :
                                                    :
                         Plaintiff,                 :
                                                    :        25 Civ. 3273 (JPC)
         -v-                                        :
                                                    :            ORDER
SYNERGISTIC MEDIA LLC, et al.,                      :
                                                    :
                         Defendants.                :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 14, 2025, Plaintiff filed a letter motion requesting, pursuant to Federal Rule of Civil Procedure 60(b), that the Court vacate its October 3, 2025 Order dismissing the case without prejudice under Federal Rule of Civil Procedure 41(b). Dkt. 26; *see* Dkt. 23. The Court had filed its Order based on its understanding that Plaintiff had not obtained counsel by October 1, 2025, its third and final deadline to do so. However, three days later, the Court came to understand that Plaintiff had filed notice that it retained counsel by that deadline and that this notice had not been docketed due to a clerical error. *See* Dkt. 21 (showing the date received by the District's *Pro Se* Office was October 1, 2025, but that the docket entry was made on October 6, 2025).

Defendants are hereby ordered to submit a letter no later than October 20, 2025, advising the Court whether they oppose Plaintiff's motion to vacate.

SO ORDERED.

Dated: October 16, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge