UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                    :
MANHATTAN GLOBAL INVESTMENTS LLC,                                   :
                                                                    :
                                    Plaintiff,                      :
                                                                    :        25 Civ. 3273 (JPC)
                -v-                                                 :
                                                                    :        ORDER
SYNERGISTIC MEDIA LLC, *et al.*,                                    :
                                                                    :
                                    Defendants.                     :
                                                                    :
-------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendants do not oppose Plaintiff's motion to vacate the Court's October 3, 2025 Order, Dkt. 23, dismissing the case without prejudice under Federal Rule of Civil Procedure 41(b). Dkt. 28 ("Defs. Letter"); *see* Dkt. 26. Accordingly, the Court vacates its October 3, 2025 Order pursuant to Federal Rule of Civil Procedure 60(b).

Defendants have also advised that they intend to file a motion to dismiss. *See* Defs. Letter. The parties are relieved of their obligation under the Court's Individual Rules for Civil Cases to file pre-motion letters with respect to this motion. Defendants' motion and supporting papers shall be filed no later than November 3, 2025. Plaintiff's brief in opposition is due November 17, 2025. Defendant's reply, if any, is due November 24, 2025.

The Clerk of the Court is respectfully directed to close Docket Number 26.

SO ORDERED.

Dated: October 17, 2025
       New York, New York

_____
            JOHN P. CRONAN
       United States District Judge