UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
.
MANHATTAN GLOBAL INVESTMENTS LLC,                                :
.
Plaintiff,                               :
:                   25 Civ. 3273 (JPC)
-v-                                                          :
:                        ORDER
SYNERGISTIC MEDIA LLC, *et al.*,                                 :
.
Defendants.                             :
.
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff's deadline to file its brief in opposition to Defendants' motion to dismiss was

December 22, 2025. Dkt. 31. The docket reflects that Plaintiff failed to meet that deadline. Plaintiff

must file its brief no later than December 30, 2025. The Court also extends the deadline for

Defendants' reply to January 12, 2026.

The Court notes that it previously granted Plaintiff's motion to vacate the Court's October

3, 2025 Order, Dkt. 23, dismissing the case without prejudice under Federal Rule of Civil Procedure

41(b). Dkt. 29. Failure to submit a brief by the deadline stated above may result in sanctions,

including dismissal with prejudice.

SO ORDERED.

Dated: December 23, 2025
New York, New York

 

JOHN P. CRONAN
United States District Judge