UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                     :
MANHATTAN GLOBAL INVESTMENTS LLC,                                     :
                                                                     :
                          Plaintiff,                                 :
                                                                     :
           -v-                                                       :        25 Civ. 3273 (JPC)
                                                                     :
SYNERGISTIC MEDIA LLC, *et al.*,                                     :        ORDER
                                                                     :
                          Defendants.                                :
                                                                     :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Counsel for all parties are ordered to appear before the undersigned for a conference on

April 22, 2026, at 4:30 p.m., to discuss Defendants' motion to dismiss Plaintiff's Complaint. *See*

Dkt. 32. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S.

Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: April 14, 2026
      New York, New York           _____
                              JOHN P. CRONAN
                        United States District Judge