

Jason H, Kislin
Tel 973.360.7906
KislinJ@gtlaw.com

April 20, 2026

**VIA ECF**

Hon. John P. Cronan, U.S.D.J.
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     ***Manhattan Global Investments LLC v. Synergistic Media LLC et al.***
        **Case No. 1:25-cv-03273-JPC**

Dear Judge Cronan:

This firm represents Defendants Synergistic Media LLC aka Synergistic Media Development LLC, Mariah Fox, and NuCo LLC in connection with the above-referenced matter. This letter is jointly submitted by the undersigned and Lawrence C. Weiner of Mandelbaum Barret PC, counsel for Defendant Phil Ostrowski (collectively, with the aforementioned defendants, "Defendants"). In accordance with Rule 3.B. of Your Honor's Individual Rules and Practices, Defendants write to respectfully request an adjournment of the conference on Defendants' motion to dismiss that is scheduled for April 22, 2026 at 4:30 PM. (Dkt. 43.)

The Parties are engaged in settlement discussions and are close to a resolution. With the consent of Plaintiff Manhattan Global Investments LLC, the Parties request that the conference scheduled for April 22, 2026 be adjourned for a period of 30 days to allow for this matter to be resolved without further intervention by the Court. The Parties' request for an adjournment is reasonable in light of the interests of judicial economy and to avoid unnecessary costs and fees to be incurred by the Parties.

Thank you for your courtesies and consideration of this matter.

The request is granted. The conference scheduled for April 22, 2026 is adjourned until May 21, 2026, at 2:00 p.m.

SO ORDERED
April 21, 2026

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

/s/ Jason H. Kislin

Jason H. Kislin

cc:     All counsel of record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**

One Vanderbilt Avenue  |  New York, NY 10017  |  T +1 973.360.7906  |  KislinJ@gtlaw.com