UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                           :

MANHATTAN GLOBAL INVESTMENTS LLC,      :

              Plaintiff,           :

          -v-                :           25 Civ. 3273 (JPC)

                         :

SYNERGISTIC MEDIA LLC, *et al.*,        :           ORDER

                         :

              Defendants.        :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 20, 2026, the parties filed a joint letter indicating that they were "engaged in settlement discussions" and "close to a resolution." Dkt. 44. By May 18, 2026, the parties should submit a joint letter on the current status of settlement discussions.

       SO ORDERED.

Dated:  May 13, 2026
        New York, New York                          JOHN P. CRONAN
                                          United States District Judge